```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:  6-3-20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DR. JAY'S, INC.,

                Plaintiff,

      v.

LIBERTY MUTUAL FIRE INSURANCE COMPANY,

                Defendant.

No. 19-CV-9700 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    On March 12, 2020, the Court adopted the parties' proposed revised discovery schedule and adjourned the post-fact discovery conference to June 8, 2020. Dkt. 29. The post-fact discovery conference is hereby converted to a telephone conference. The parties shall call (888) 363-4749, and enter Access Code 1015508, followed by the pound (#) key.

    Moreover, pursuant to paragraph 11 of the case management and schedule order, Dkt. 15, the parties were required to submit a joint letter updating the Court on the status of the case no later than one week in advance of the post-discovery conference. The parties have not done so. They shall do so no later than June 4, 2020.

SO ORDERED.

Dated:    June 3, 2020
            New York, New York

                                          Ronnie Abrams
                                          United States District Judge